FILED

04/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0119

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0119

IN THE MATTER OF
B.D.,

    Youth in Need of Care.

**ORDER**

    Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant is granted an extension of time until May 31, 2024 to prepare, serve, and file the Opening Brief.

    No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 18 2024